## WHARTON ags$^t$ TURNER

Richard Wharton plaint. ags$^t$ John Turner Marrin$^r$ sometimes Master of a Catch. called the Bristoll Catch Defend$^t$ in an action of the case for that the s$^d$ Turner hath not according to the Obligation of his bill of Loading delivered sundry goods and two horses which hee received from Robert Tyrrell and the s$^d$ Wharton aboard his s$^d$ Catch at Boston in the month of Novemb$^r$ 1670. the s$^d$ goods and horses being still witheld from them and theire order whereby the plaintiffe is damnified to the value of Seventy pounds Sterling or thereabouts, according to attachm$^t$ Dat. 11th July. 1676. . . . The Jury . . . founde for the plaintiffe damage thirty Seven pounds in mony & costs of Court allowed twenty Seven Shillings and Eight pence.

Execucion issued July. 29° 1676.   [ **387** ]

## HUDSON ag$^t$ DANIEL

Cap$^t$ William Hudson. plaint. ag$^t$ John Daniel Def$^t$ in an action of the case for witholding a debt of twenty Five pounds one third part in mony one third part in beefe and porke and the other third part in corn. due for one yeares Rent of a Farme at a place called wading River, as will more plainly appeare by a lease under the hand and Seale of the s$^d$ Daniel, being greatly to the damage of the plaint. w$^{th}$ all other due damages according to attachm$^t$ Dat. July. 13° 1676. . . . The Jury . . . founde for the plaint. twelve pounds ten Shillings damage according to contract in Specie and costs of Court, allowed twenty Four Shillings & Eight pence.

Execucion issued Sept$^r$ 13° 1676.

## HEARSY ag$^t$ PHILLIPS

John Hearsy of Hingham plaint. ag$^t$ Nicholas Phillips of Boston. Cooper Defend$^t$ in an action. of debt to the value of twenty Four pounds and Fifteen Shillings in mony due to the s$^d$ Hearsy for Rent of a house & ground in Boston as may appeare by one Lease bearing date the tenth day of February. 1673. under the hand & Seale of the s$^d$ Phillips with all due damages according to attachm$^t$ dat. July. 14th 1676. . . . The Jury . . . founde for the plaint. three pounds Seven Shillings four pence mony damage & costs of Court allowed thirty Shillings & ten pence